

**Entered on Docket
June 03, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

George Haines, Esq.
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Robert G. Kohoutek

E-FILED: May 29, 2009

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-08-19569-BAM <br> ) Chapter 13 <br> ) <br> ) |
| **Robert G. Kohoutek**, | ) Hearing Date: 5/29/2009 <br> ) Hearing Time: 1:30 PM <br> ) |
| Debtor(s). | ) <br> ) <br> ) |

### ORDER ON MOTION TO VACATE ORDER VACATING THE AUTOMATIC STAY AS TO WELLS FARGO BANK

THE ABOVE MATTER having been heard at the time and date above:

**IT IS ORDERED THAT** the Order previously entered on April 3, 2009 vacating the automatic stay as to Wells Fargo Bank is hereby VACATED and the automatic stay is hereby reimposed as to Wells Fargo Bank

- 1 -

**IT IS FURTHER ORDERED THAT** Wells Fargo must accept future mortgage payments tendered by the Debtor, including the debtor's April and May 2009 post-petition payments;

**IT IS FURTHER ORDERED THAT** Wells Fargo must provide an accounting to the debtor of how all post-petition payments have been applied; and

**IT IS FURTHER ORDERED THAT** Wells Fargo must provide a reinstatement amount for any claimed post-petition defaults within 10 days of entry of this Order.

DATED May 29, 2009.

HAINES & KRIEGER, L.L.C.

By:   __/s/George Haines, Esq.
      George Haines, Esq.
      Attorney for Debtor(s)

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: N/A

###